■ SARAH CUNDARO, Appellant, v. CITY OF JOHNSTOWN et al., Respondents. — HERLIHY, J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in a memorandum by Herlihy, J.